IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLYSON JEMISON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:24-cv-22-TFM-B |
| | ) | |
| ANGEL PENA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order that was issued on this same date in this matter (Doc. 19), it is hereby **ORDERED** as follows:

(1)  Plaintiffs Allyson Jemison, Mary Jemison, and Rachel Roberson are **DISMISSED without prejudice** for lack of Article III standing.

(2)  Defendants Angel Pena and the City of Foley's Motion to Dismiss and Incorporated Memorandum of Law (Doc. 5) is **GRANTED** as to Plaintiff Jeffrey Jemison's claims against Defendants Angel Pena and City of Foley which are **DISMISSED with prejudice**.

The **CLERK OF COURT** is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 25th day of September 2024.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE